AO 106A  (08/18)  Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| In the Matter of the Search of | |
|---|---|
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) ) |
| ONE PERSON UNDER RULE 41 | ) ) ) |

Case No. 24-sw-107

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A, hereby incorporated by reference.

located in the _____Jurisdiction of the_____ District of _____Columbia_____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B, hereby incorporated by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

❑ contraband, fruits of crime, or other items illegally possessed;

❑ property designed for use, intended for use, or used in committing a crime;

❑ a person to be arrested or a person who is unlawfully restrained.

The search is related to violations of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1) and 841(b)(1) and 846, 18 U.S.C. § 924(c)(1), 18 U.S.C. § 922(o), 18 U.S.C. § 922 (k), 22 D.C. Code § 4504 | Distribution or Possession with Intent to Distribute Controlled Substances, and Conspiracy thereof; Carrying of a Firearm in Furtherance of a Crime of Violence or Drug Trafficking Crime; Possession of a Machinegun; Possession of a Firearm with an Altered or Removed Serial Number; Carrying a Pistol Without a License |

The application is based on these facts:

See Affidavit in Support of Application for Search Warrant, which is incorporated herein.

❑ Continued on the attached sheet.

❑ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Brian Charles, Special Agent
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by

_____telephone_____ *(specify reliable electronic means).*

Date: _____04/03/2024_____

_____
*Judge's signature*

City and state: _____Washington, D.C._____

G. Michael Harvey, United States Magistrate Judge
_____
*Printed name and title*

AO 93C  (08/18)  Warrant by Telephone or Other Reliable Electronic Means

❏ Original          ❏ Duplicate Original

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched*<br>*or identify the person by name and address)*<br><br>ONE PERSON UNDER RULE 41 | )<br>)<br>)<br>)<br>)<br>)    Case No.   24-sw-107 |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:    Any authorized law enforcement officer

     An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the   <u>Jurisdiction of the</u>   District of     <u>Columbia</u>    
*(identify the person or describe the property to be searched and give its location)*:

     See Attachment A, hereby incorporated by reference.

     I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

     See Attachment B, hereby incorporated by reference.

     **YOU ARE COMMANDED** to execute this warrant on or before     <u>April 17, 2024</u>     *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ❏ at any time in the day or night because good cause has been established.

     Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

     The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to     <u>G. Michael Harvey</u>    .
                                                     *(United States Magistrate Judge)*

     ❏ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
     ❏ for _____ days *(not to exceed 30)*   ❏ until, the facts justifying, the later specific date of                      .

Date and time issued:     <u>04/03/2024</u>                                  
                                                                *Judge's signature*

City and state:     <u>Washington, D.C.</u>         <u>G. Michael Harvey, United States Magistrate Judge</u>    
                                                                *Printed name and title*

AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>  24-sw-107 | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

| **Certification** |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.


Date: _____          _____
                                                                      *Executing officer's signature*

                                                              _____
                                                                        *Printed name and title*

**ATTACHMENT A**
*Person to be Searched*

The person to be searched is DIONZAI PARKER, DOB 9/23/2003, FBI# ALVDD6LNM, PDID# 727724.



**ATTACHMENT B**
*Property to be Seized*

All items constituting evidence, fruits, and/or instrumentalities of violations of 21 U.S.C. §§ 841(a)(1) and 841(b)(1) and 846 (Distribution or Possession with Intent to Distribute Controlled Substances, and Conspiracy thereof), 18 U.S.C. § 924(c)(1) (Carrying of a Firearm in Furtherance of a Crime of Violence or Drug Trafficking Crime), 18 U.S.C. § 922(o) (Possession of a Machinegun), 18 U.S.C. § 922 (k) (Possession of a Firearm with an Altered or Removed Serial Number), and 22 D.C. Code § 4504   (Carrying a Pistol Without a License) ("SUBJECT OFFENSES"), by DIONZAI PARKER, as described in the search warrant affidavit, including, but not limited to, the following:

1.      A sample of the deoxyribonucleic acid ("DNA") of the person identified in Attachment A to be collected via buccal or oral swab in accordance with established procedures, and to be analyzed forensically in accordance with the applicable, valid established procedures.

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

**IN THE MATTER OF THE SEARCH OF
ONE PERSON UNDER RULE 41**

SW No. 24-sw-107

**Filed Under Seal**

**AFFIDAVIT IN SUPPORT OF AN APPLICATION UNDER RULE 41
FOR A WARRANT TO SEARCH AND SEIZE**

I, Brian B. Charles, Special Agent, Drug Enforcement Administration (DEA), Washington Division Office (WDO), Washington, D.C., (herein "affiant") being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.      I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a warrant to search the person identified in Attachment A, DIONZAI PARKER ("PARKER"), for evidence including a sample of his deoxyribonucleic acid ("DNA") for comparison purposes in the form of at least two buccal swabs from PARKER to be collected via buccal or oral swab in accordance with established procedures, and to be analyzed forensically in accordance with the applicable, valid established procedures. A substantially identical search warrant was issued by Magistrate Judge Robinson on December 8, 2023, but agents were unable to locate PARKER to execute it before its expiration, and thus seek the instant search warrant.

2.      I am a Special Agent ("SA") with the Drug Enforcement Administration ("DEA") and have been so employed since November 2022. I am currently assigned to the Washington Division Office, High Intensity Drug Trafficking Area (HIDTA) Group 42 of DEA. While with the DEA, I have participated in the investigation of narcotics offenses. In the course of

1

conducting these investigations, I have used several different kinds of investigative techniques, including: interviewing informants and cooperating sources; conducting physical surveillance; consensual monitoring and recording of both telephonic and non-telephonic communications; analyzing telephone pen register and caller identification data; conducting court-authorized electronic surveillance; preparing and executing search warrants, which have led to seizures of narcotics, firearms, contraband, and drug related assets; and the analysis of financial documents and records. I am also familiar with the fact that each person has a unique DNA composition. DNA isolated from blood, hair, skin cells, or other genetic evidence left at the scene of a crime or left on evidence of a crime can be compared with the DNA of an individual to identify an individual as a potential suspect or exclude an individual as a potential suspect. As such, I am "an investigative and law enforcement officer" of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Section 2516 of Title 18, United States Code.

3.     The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, witnesses, and agencies. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant. It does not set forth all of my knowledge, or the knowledge of others, about this matter.

4.     Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of 21 U.S.C. §§ 841(a)(1) and 841(b)(1) and 846 (Distribution or Possession with Intent to Distribute Controlled Substances, and Conspiracy thereof), 18 U.S.C. § 924(c)(1) (Carrying of a Firearm in Furtherance of a Crime of Violence or Drug Trafficking Crime), 18 U.S.C. § 922(o) (Possession of a Machinegun), 18 U.S.C. § 922 (k)

(Possession of a Firearm with an Altered or Removed Serial Number), and 22 D.C. Code § 4504 (Carrying a Pistol Without a License) ("SUBJECT OFFENSES") have been committed by Dionzai PARKER ("PARKER") ("the Subject") and other identified and unidentified persons, including others who may have been aided and abetted by, or conspiring with, the Subject, as well as others observed by the Subject.  There is also probable cause to believe that evidence of the SUBJECT OFFENSES will be located in the cheek/saliva (buccal swab[1]) of PARKER.

## **PROBABLE CAUSE**

### ***Background on the Investigation***

5.     The DEA is investigating illegal narcotics trafficking and a number of shootings over the past two years that appear to involve Dionzai PARKER, PDID number DC727724, date of birth September 23, 2003.  PARKER is known by the nicknames "Jef," "Moneybag Jefe" (which is also his Instagram username), "Zay," and "Lil Mook."  PARKER is a close associate of several members of Get Back Gang, including Daveon ROBINSON and Ronald HENDERSON.  Get Back Gang members are from a neighborhood in Washington, D.C. that includes 15th Place SE, Bruce Place SE, and the Henson Ridge Apartments, an area also known as "Henson Ridge" and "the Z," which is also where PARKER spends much of his time. ROBINSON and HENDERSON have been charged with Assault with Intent to Murder in Superior Court for a shooting that also appears to have involved PARKER, as discussed below.

---

[1] As the Supreme Court has recognized, a "buccal swab" is a "common procedure" that involves "wiping a small piece of filter paper or a cotton swab similar to a Q-tip against the inside cheek of an individual's mouth to collect some skin cells." *Maryland v. King*, 133 S. Ct. 1958, 1967-68 (2013).  This procedure is "quick and painless" and poses "no threat to the health or safety" of a defendant. *Id.* at 1968.

### *Illegal Narcotics Trafficking*

6.      Pursuant to a search warrant, your affiant reviewed content of PARKER's Instagram account "moneybag_jefe."  Your affiant is also familiar with PARKER's appearance from surveillance of PARKER and his booking photographs and believes the account to be PARKER's based on review of the photographs, including numerous selfies, and videos, including Instagram Live, of the account that almost exclusively show PARKER.

7.      PARKER's Instagram account contains numerous discussions indicative of his illegal trafficking of controlled substances:

a.  For instance, on or about September 29, 2022, PARKER wrote to "moneyset.twin," "I Need Some Bagsss."  Moneyset.twin responded, "I'm trying find sum thunder for a good #."  Your affiant knows "thunder" to be used commonly to refer to marijuana.  PARKER responded, "Lmk" [let me know] and "I Need Two." Moneyset.twin responded, "Bet."  Minutes later, PARKER said, "Weed" and "6 a bag."

b.  On or about October 12, 2022, "moneyset.twin" contacts PARKER to say, "I found some thunder bags for 450," and PARKER responds, "Tryin Get Two," a message which "moneyset.twin" likes.  Your affiant understands from the communications that PARKER is purchasing large quantities or "bags" of marijuana, a Schedule I controlled substance, for apparent redistribution.

c.  On or about October 31, 2022, "lilgoonie700c" contacts PARKER to say, "Yu got some perks?" to which PARKER responds, "Which Ones You Wan" and "lilgoonie700c" says "10s or 5s"; your affiant understands them to be referring to Percocet or oxycodone that is typically available in 10 mg or 5 mg pill form, often

with the imprint "RP." PARKER responds, "How Many Uu Wan" and "Rp 10's," and "20 A Pill" and "Bouta Bring It To You," indicating his intent to sell the individual the oxycodone pills. That same day, PARKER messages "lilgoonie700c," "I Got Them 50 Zips Too," suggesting that he has 50 zips of marijuana for sale, a representation and quantity consistent with distribution.

d.   On or about November 12, 2022, "16diddyz" asked PARKER for "Bags" and asked, "How much the bag[?]" to which PARKER responds, "500$." "16diddyz" subsequently says, "Same spot" and "Push up" to which PARKER responded, "He Wan 275$ Thunder." Your affiant knows "Thunder" to be a term used on the street to refer to a type of marijuana. The two subsequently negotiate back and forth over pricing until PARKER stated, "I'm Outside Moe."

e.   On or about February 1, 2023, "montefrmda_z" contacted PARKER to say, "Jefe how much ur zips[?]" PARKER replied "65$." User "montefrmda_z" responded, "Rd" [alright] and "I'm tryna buy one." PARKER then replied, "Wya[?]" User "montefrmda_z" responded "My house." PARKER responded, "Bouta Make It 4 You". User "montefrmda_z" then liked PARKER's message and asked, "Wats ur cash app." PARKER responded, "$jhixjhi." User "montefrmda_z" then replied, "Rd I'm finna send it" and "I sent it." PARKER then messaged back and said, "Go to my back door." User "montefrmda_z" replied, "Rd." PARKER responded, "Lmk when ya right there." User "montefrmda_z" replied, "Rd" [alright] and "Come to the back." Shortly after, PARKER messaged back, "Got it ?" User "montefrmda_z" liked PARKER's message and said, "My fault but I got the zip." In my training and experience, based off the messages above, PARKER conducted a marijuana

transaction in exchange for U.S. Currency from his residence.  I note that "da_z" in the user's handle may be a reference to "the Z," or Henson Ridge apartments.

f.   On or about March 18, 2023, PARKER contacted "trapstar.tana7" to say, "50 Zips" and "500$ A Bag."  User "trapstar.tana7" liked PARKER's message.  In my training and experience, I know "Zips" to typically refer to 28 grams of marijuana for sale.

g.   On or about March 27, 2023, PARKER contacted "cloudup51st" to say, "Need A Zip" and "Got A Hit 4 U" and "You Already Bag That Shit Up ?"  "cloudup51st" responded, "Yeah."  PARKER wrote, "So A Zip Put Together ?"  "cloudup51st" replied "I just want 60."  PARKER responded, "He Be Buying From Me For 50$."  The conversation appears to entail PARKER coordinating with an associate to sell a zip – apparently, a zip of marijuana – to a customer for $50.

h.   On or about April 15, 2023, "siayahh" contacted PARKER to ask, "Who got weed up S," appearing to inquire of PARKER's knowledge of who has marijuana for sale.

i.   On or about May 20, 2023, "badgirl.nu" asked PARKER to "Bring weed."

j.   On or about May 25, 2023, "lilsosagbg5" asked PARKER, "Send me a bag hit for some za 1750," appearing to seek to buy a bag of "za" – apparent exotic marijuana – for $1750.

k.   On or about June 2, 2023, the same user - "lilsosagbg5" – contacted PARKER to say, "Find me a legit 2500."  PARKER responded, "$3,000" and "I Gotchu." "lilsosagbg5" replied, "I Got It Now" and, the next day, "Come get me."

l.   On or about June 4, 2023, "lilsosagbg5" wrote to PARKER, "What's on the market." In the context of prior conversations, I understand the two to be communicating about PARKER helping arrange a sale of $3,000 of "za" and discussing what drugs

are available on the market.  I note that "gbg" in the coconspirator's handle may be a reference to "Get Back Gang."

m. On or about July 1, 2023 PARKER's Instagram account, "moneybag_jefe" asks "_lowkeyy.sosa" "How Many Of Em You Got[?]"   "_lowkeyy.sosa" responded, "Only got that one for you the rest sold up" and "Wya [where you at]."  After they discussed where they were, PARKER wrote, "1823 Tubman Rd Se."  _lowkeyy.sosa responded, "Bet Ima hit you when I'm outside." The conversation indicates "_lowkeyy.sosa" may have been delivering possible narcotics to PARKER.

### *Gun Possession*

8.      On April 29, 2022, PARKER was arrested by the Metropolitan Police Department (MPD) during a traffic stop of a heavily tinted vehicle in front of 1740 Tobias Dr., SE, Washington, D.C. for Carrying a Pistol Without a License and related charges.  Officer Olivo observed the driver of the vehicle, later identified as PARKER, through the rear windshield make a reaching motion towards the glove box of the vehicle while the vehicle was still in motion, consistent with an individual attempting to conceal contraband prior to stopping for police in a traffic stop.  The passenger, W-1, told officers there was a gun in the glove box and stated that on that day, PARKER had grabbed a firearm from his waistband area and placed the firearm in the glove box.  The firearm recovered from the glove box was a Glock 27, 9mm, bearing serial number# EUL809, with 1 round in the chamber, 14 in the magazine that had a 15-round capacity.  PARKER was determined not to have a license or registration for the firearm.  The case was no-papered by the U.S. Attorney's Office to permit the opportunity for additional forensic testing.

9.     Your affiant has observed a YouTube rap video posted in July 2022 titled "Telling Em Shit" by "JG Wardy" that appears to feature PARKER.  "JG Wardy" is Broadus Jamal Daniels, who was indicted on or about April of 2023 in U.S. District Court for the District of Columbia on machinegun possession and drug trafficking conspiracy charges.  An individual your affiant believes to be PARKER is seen wearing a black t-shirt with white "Armani Exchange" lettering in the front of his shirt and is featured prominently throughout the video.  A screenshot from the video is below next to an MPD booking photo of PARKER from 2019:



10.     At one point in the video, the individual who appears to be PARKER is holding what appears to be a Draco AK47 style pistol.  I know, in my training and experience, Dracos are semi-automatic pistols made by a Romanian manufacturer that shoot 7.62x39 mm ammunition.







11.     On June 4, 2023, PARKER's Instagram account "moneybag_jefe" posted an Instagram photo on its public "Story" of what appeared to be two (2) black automatic style rifles with high round capacity magazines loaded in each magazine well of the aforementioned rifles,

9

and an unidentified black male, with the words "We Thanging" (pictured below).



12.    On July 3, 2023, your affiant and other law enforcement attempted to surveil PARKER.  We reviewed screenshots of PARKER's physical and clothing description from the above-mentioned Instagram posts to participating personnel before the surveillance.   Upon arriving in the area of PARKER's suspected residence at approximately 10:45 p.m., Task Force Officer (TFO) Dexter Baxter observed an individual who appeared to be PARKER, in an alley in the rear of PARKER's suspected residence.  The alley appeared to be the one referenced as "Jefe Alley" by PARKER on his Instagram videos.   PARKER often goes by the nickname, "Jefe" which is likewise in his Instagram username "moneybag_jefe".

13.    At approximately 10:55 p.m., we drove by PARKER in "Jefe Alley" in an unmarked vehicle.  We observed an unidentified black male wearing a dark colored shirt sitting in a lawn chair in the rear yard of the residence.  To his left appeared to be the black male wearing a white tank top shirt and Cartier frames with purple/pink lenses, who had been on

PARKER's Instagram earlier that day.  We observed the first individual with the dark colored shirt stand up and pull what appeared to be a black handgun from his waistline area with his right hand, and then place the handgun down by the right side of his body.  Almost simultaneously, we observed the handle of a black handgun protruding above the waistline area of the male with purple/pink lenses, which he pulled from his waistline up to his chest.

14.     We also observed PARKER – apparently wearing the same clothing as in his Instagram Live video earlier than day – standing across from the two aforementioned males with what appeared to be the handle of a black handgun protruding unconcealed above the waistline area.  The handle of what appeared to be a handgun, was easily identified, due to the plain white t-shirt that PARKER was observed wearing. PARKER then pulled out the aforementioned handgun from his waistline area with his right hand.  We thereafter terminated surveillance due to safety concerns.

### *The Shootings*

*Tyler House Shootings*

15.     On May 24, 2022, Jahmeze Williams was killed when he and others, to include PARKER, were in a stolen vehicle that got into a shootout with individuals from Tyler House/Sursum Corda.  PARKER was seen in video at Children's Hospital immediately after the shooting driving the vehicle that dropped Williams off there.   PARKER is known to law enforcement as a close associate of Williams.

16.     Months later, on October 6, 2022, at approximately 1:09 p.m., members from the MPD's First District received a 911 call for a shooting at Tyler House, 1200 North Capitol Street, Northwest, Washington, DC.  Four complainants suffered from gunshot wounds, and one

succumbed to his injuries on or about October 21, 2022, with the manner of death being ruled a Homicide.

17.     On October 12, 2022, Detective Marcus Talley (ATF NIBIN Unit) received information from an anonymous caller who supplied a screenshot of PARKER's Instagram account, "moneybag_jefe" and a message from the Instagram account stating, "That's Making Bad 4 Y'all (laughing emojis)."  There was no context to the message.  The caller stated words to the effect of, "It's obvious that this is about the shooting."  When asked who the guy in the photo was and where the guy was from, the caller stated that the caller would get that information, ended the call, and did not follow up with Detective Talley.

*Alabama Convenience Store Shooting*

18.     On January 2, 2023, at approximately 12:18 p.m., an Instagram user messaged a group that included Daveon ROBINSON the message "He gon have jef g30" to which ROBINSON responded "Lil mook ?" and another Instagram user responded "Duh."  PARKER is known by the nicknames "Jef" (or "Moneybag Jefe") and "Lil Mook."  Your affiant also notes that "g30" is commonly used to refer to a firearm, specifically a Glock 30 .45 caliber handgun.  A Glock 30 was subsequently found in a car near PARKER and into which PARKER repeatedly reached.

19.     In the hours before the January 2, 2023 shooting, ROBINSON sent several messages on Instagram indicating he was trying to obtain 5.56x45mm ammunition.  For example, at approximately 2:29 p.m. on January 2, 2023, ROBINSON sent the same group chat described above the following message: "Y'all got 556 bullets" to which the Instagram user "1500k3" (Kaden TYREE) responded "Why Would We Have It If Y'all Da Ones W Da Heavy

Artillery[?]"   5.56 mm casings were subsequently found at the scene of the Alabama Convenience Store shooting.

20.     At approximately 3:34 p.m. on January 2, 2023 (about an hour before the drive-by shooting at the Alabama Convenience Store), ROBINSON sent the following message to this same group: "I hope you ready k3 it's me yu jef and rondon."  Your affiant notes that "k3" is a known nickname for Kaden TYREE (DOB 3/22/2007), and "rondon" is a known nickname for Ronald HENDERSON.  Again, "jef" is a known nickname for PARKER.

21.     On January 2, 2023, at approximately 4:48 p.m., there was a drive-by shooting outside the Alabama Convenience Store located at 2209 Alabama Avenue SE, in Washington, D.C.  Two individuals—Davon Brown and Bryant Robinson (no relation to ROBINSON)—were struck by bullets during that shooting and were subsequently treated at local hospitals for non-life-threatening injuries.

22.     As described below, it is your affiant's belief that Ronald HENDERSON and Daveon ROBINSON were the shooters, Kaden TYREE was the driver, and PARKER was in the front passenger seat during the January 2, 2023, Alabama Convenience Store shooting.

23.     As depicted on surveillance video from Alabama Convenience Store, immediately prior to the shooting, the Suspect Vehicle (a light-colored sedan) drove northbound on 22nd Street SE towards Alabama Avenue SE, and stopped right before it reached Alabama Avenue SE.  There, surveillance video depicts one individual exit the Suspect Vehicle from the rear driver side door before firing in the direction of the Store, while a second individual appears to fire from inside the back of the vehicle while the rear passenger door was open.  After firing several rounds in the direction of the Alabama Convenience Store, the first individual got back

inside the Suspect Vehicle, which then sped across Alabama Avenue SE and continued northbound on 22nd Street SE at a high rate of speed.

24.     Two armed special police officers ("SPOs") were parked on Alabama Avenue SE near 22nd Street SE and witnessed the shooting from their vehicle.  The SPOs pursued the Suspect Vehicle across Alabama Ave SE, up 22nd Street SE, and through a neighborhood known as "Henson Ridge" or "the Z."  During the pursuit, at least one of the armed SPOs observed four individuals inside the vehicle.  At or near 15th Place SE, the two individuals in the back of the Suspect Vehicle (*i.e.*, the suspected shooters) exited the vehicle and began running eastbound on foot, while the Suspect Vehicle took off in the other direction.  One of the armed SPOs pursued the two individuals on foot, while the other armed SPO stayed in his vehicle and alerted nearby MPD officers that they were in pursuit of two shooters.  While pursuing these two individuals, the armed SPOs lost sight of them for a brief period.  At some point shortly thereafter, one of the armed SPOs and MPD Officer Koch observed two individuals running towards 1505 Tobias Drive, SE, and then enter that building. At the time the two individuals entered 1505 Tobias Drive, SE, Officer Koch observed that neither individual had a firearm in their hands.

25.     Around 5:23 p.m., on January 2, 2023, MPD officers asked all of the individuals inside 1505 Tobias Drive SE to exit the building.  Several women exited the location, including the homeowner Josephine Robinson, and two males—Ronald HENDERSON and Daveon ROBINSON.  Although HENDERSON and ROBINSON were wearing different clothing than the two individuals Officer Koch had observed enter 1505 Tobias Drive, SE, they otherwise fit the description of the two individuals Officer Koch observed enter the building.  Other than the outfits, the two males also fit the description of the two individuals the armed SPOs had observed exit the Suspect Vehicle and fire in the direction of Alabama Convenience Store.  After

arriving on scene, MPD Detective Brian Devine obtained consent from Josephine Robinson for a warrantless search of the residence.   No firearms were recovered.   ROBINSON and HENDERSON were arrested and held until February 24, 2023, when HENDERSON and ROBINSON were released from DYRS custody after OAG dismissed their case.

26.    Law enforcement recovered eleven .40 caliber casings and four 5.56x45mm casings from the street of 22nd Street SE and Alabama Street SE, near where the Suspect Vehicle was located at the time of the drive-by shooting at Alabama Convenience Store.   The 5.56 casings were subsequently linked through NIBIN to the Shipley Market Murder below.   A handgun matching the .40 caliber casings was subsequently found, as described below, in a car linked to PARKER.

27.    On July 3, 2023, at approximately 9:04 p.m., MPD officers were in the 1400 block of 7th St NW when they observed PARKER and an individual named Roy Jordan walk from the area of a vehicle, a 2017 Jeep Cherokee bearing MD tags (1EZ9470).   Surveillance video shows PARKER approaching the Jeep Cherokee and standing right by the driver's door, reaching in and standing up, and repeatedly reaching in again, prior to law enforcement's approach.   A canine unit responded and conducted a sweep of the vehicle officers believed to have been used by PARKER and Jordan, who had left the scene.   The canine alerted to the presence of firearms.   In a search of the vehicle, officers recovered paperwork bearing Roy Jordan's name.   There were also three firearms: first, a .40 caliber Glock 23 bearing serial number UNC671 with a machinegun conversion switch, which renders the firearm fully automatic, and an extended magazine, with one round in the chamber and 19 rounds in the 22-round magazine, under the front driver seat; second, a .45 caliber Glock 30 SF bearing serial number BNBB927 with extended magazine, with one round in the chamber and 16 rounds in a

26-round magazine, under the front passenger seat in the rear; and third, a .40 caliber Glock 22 with an obliterated serial number and extended magazine, with one round in the chamber and 17 rounds in a 29-round magazine, under the front passenger seat in the front side.

28.     The .40 caliber Glock 22 with an obliterated serial number has since been ballistically linked, through NIBIN, to the January 2, 2023 drive-by shooting at Alabama Convenience Store.  In other words, the .40 caliber Glock 22 with an obliterated serial number that was recovered on July 3, 2023 in a car near PARKER and into which PARKER repeatedly reached, appears to be one of the two firearms that was used to shoot at the Alabama Convenience Store on January 2, 2023.

29.     On November 22, 2023, a D.C. Superior Court grand jury indicted Ronald HENDERSON (D.C. Superior Court Case Number 2023 CF1 1950) and Daveon ROBINSON (D.C. Superior Court Grand Jury Original), as adults, with Assault with Intent to Murder, Assault with Intent to Kill, and other related charges, in connection with the January 2, 2023, shooting at Alabama Convenience Store.

*Shipley Market Murder*

30.     On or about February 23, 2023, in a group communication, prior to the release of Ronald HENDERSON and Daveon ROBINSON in the Alabama Convenience Store shooting case, they were made aware of the shooting homicide of an associate, Stefon Sampson aka "Dew," who was killed in Henson Ridge on February 23, 2023 (CCN 23029603).  The group consensus appears to be that a rival neighborhood, specifically "22nd Street," also referred to as "Deuce Deuce," were responsible for the shooting of Stefon Sampson.  Members from the group communication also shared photographs of the suspect vehicle released to the public by MPD. As a result, ROBINSON began admonishing other members of the group communication for

their unsuccessful attempts when shooting at individuals from rival neighborhoods, stating instead of shooting from the cars they needed to get out of the cars to ensure they hit the targets.

31.     In subsequent communications, ROBINSON advised the group communication that he and HENDERSON's cases were dismissed and that HENDERSON would be released from DYRS custody on February 24, 2023.  ROBINSON also engages in conversation to obtain weapons, ammunition, a vehicle, and a vehicle driver in preparation to strike at rival neighborhoods.

32.     On February 24, 2023, HENDERSON and ROBINSON were released from DYRS custody in connection with the Alabama Convenience Store shooting case that OAG dismissed without prejudice earlier that day.

33.     On February 25, 2023, at approximately 3:02 p.m., members of the MPD's Seventh District responded to the report of a shooting at the Shipley Market located at 2283 Savannah Street, Southeast, Washington, DC.   Upon arrival, the members located three individuals suffering from apparent gunshot wounds.   Brice Djembissi, an adult male, was located suffering from a gunshot wound to the torso.   Victim 2, an adult male, was located suffering from a gunshot wound to the foot.   Victim 3, an adult female, was located suffering from gunshot wounds to the leg and torso.  DC Fire and EMS were summoned to the scene and transported the victims to area hospitals.

34.     On March 3, 2023, Brice Djembissi succumbed to his injuries and was pronounced dead at 5:28 p.m. by Dr. Stansbury at Washington Hospital Center.

35.     Also, on February 25, 2023, PARKER walked into Howard University Hospital with a minor gunshot wound to his left upper chest.   PARKER was uncooperative when

interviewed by MPD.  MPD could not get much information pertaining to the gunshot wound. PARKER was then released by the hospital and walked out in stable condition.

36.     On February 26, 2023, at approximately 9:56 a.m. (the morning after the shooting), Daveon ROBINSON messaged an Instagram group that included Ronald HENDERSON the following messages: "Jefe got hit", "When he was spinning", and "He got hit in the chest."  When an Instagram user asked, "Fuck he was at ?" ROBINSON responded "22." The Shipley Market Convenience Store is located in the 2200 block of Savannah Street SE and is generally associated with a 22nd Street SE neighborhood crew known as "Deuce Deuce."

37.     During the initial on-scene investigation, a Crime Scene Unit (CSU) forensic scientist from the D.C. Department of Forensic Sciences (DFS) recovered twenty-three (23) .40 caliber cartridge casings, sixteen (16) .45 caliber cartridge casings, thirty-six (36) 7.62x39mm cartridge casings, nine (9) PSD 20 cartridge casings, nine (9) 5.56x45mm cartridge casings, and multiple bullet fragments.

38.     The second firearm used in the Alabama Convenience Store drive-by shooting, which used 5.56x45mm ammunition, has not been recovered, however, it has been ballistically linked through NIBIN to this shooting through casings found at that shooting and this one.

39.     Surveillance video shows a black 2017 Jeep Compass driving through the area immediately before and after the shooting.

40.     On March 2, 2023, a black 2017 Jeep Compass was recovered in the 3500 block of 6th Street, Southeast, Washington, DC (CCN 23033495) by MPD Seventh District uniformed officers.  This is in close proximity to where the suspect vehicle was last observed on surveillance video.  Officers reviewed photographs and confirmed that the recovered black 2017 Jeep Compass appeared to be the same vehicle in the surveillance video

41.    According to officials with Prince George's County Police, the vehicle was recovered, processed for DNA and latent prints, and GPS coordinates were obtained from the vehicle infotainment system.  The vehicle sustained damage from gunfire to the driver side rear quarter panel and a shattered rear window.

42.    A preliminary review and plotting of the recovered black Jeep Compass' GPS coordinates revealed the path of travel coincide with that of the vehicle observed on surveillance video.  The black Jeep Compass' GPS coordinates also place the suspect vehicle at or near 1505 Tobias Drive, Southeast, Washington, DC, which is the location of Ronald HENDERSON's and Daveon ROBINSON's January 2, 2023 arrest, described above.

43.    In addition, firearms evidence, including 7.62 caliber cartridge casings and .357 caliber cartridge casings were recovered from the black Jeep Compass consistent with firearms evidence recovered on the scene of the shooting.

44.    In particular, one of the 7.62 casings recovered from the vehicle was ballistically linked, through NIBIN, to the 7.62 casings at the scene of the February 25, 2023 Shipley Market homicide of Brice Djembissi.   On December 16, 2023, Deangelo JOHNSON, who also lives in the Z, was arrested and a 7.62 caliber Romar, Cugir/micro Draco, semi-automatic pistol was recovered during a search incident to arrest from a vehicle believed to belong to Deangelo JOHNSON.  That firearm has been linked, through NIBIN, to the Shipley Market shooting.

45.    On the morning of July 12, 2023, DEA and MPD executed federal search warrant 23-SW-214 at 2328 Nicholson Street, Southeast, in Washington, D.C.   Upon entering the premises, agents and officers observed Daveon ROBINSON by himself in a second-floor bedroom on the main floor.  Inside of a laundry hamper in that bedroom, officers recovered a black Glock 33 .357 handgun bearing serial number BVNV208, which was loaded with one (1)

round in the chamber and twenty-one (21) rounds in a twenty-two (22) round magazine. Officers also recovered in that bedroom: a 6-round magazine; a 29-round magazine; and 56.6 grams of a green leaf-like substance, consistent with marijuana, in a plastic bag. ROBINSON was placed under arrested for Possession of a Firearm, Possession of Ammunition, Possession of a High Capacity Feeding Device, and PWID Marijuana While Armed. The recovered .357 handgun has been ballistically linked, through NIBIN, to a .357 casing found in the black Jeep Compass.

46.     On or around July 24, 2023, DNA Labs International tested three swabs from inside the 2017 Jeep Compass (the inside driver door handle, the gear shifter, and the driver seat) and compared them to buccal swabs from the carjacking victim and Ronald HENDERSON. According to the DNA report, the DNA profile obtained from the swabs from inside the Jeep "indicates a mixture of at least three contributors with at least one male contributor" and, "[b]ased on probabilistic genotyping results, Ronald Henderson is excluded as a contributor to the DNA profile when a proposition of three overall contributors is considered and [the carjacking victim] is assumed as a donor." The DNA report further states that "the results are suitable for comparison."

### ***PARKER's Location***

47.     PARKER appears to be living at 1928 Naylor Road, Apartment #503, SE, Washington D.C. 20020, hereinafter "PREMISES." His phone showed him in the area, and especially at night, between March 21 and March 28, when PARKER changed phones. He has been observed there numerous times between March 27 and March 31, 2024. He appears to have his own key and to be engaged in regular domestic activities there such as taking out the garbage.

48.     On December 11, 2023, the United States District Court for the District of Columbia issued an Order authorizing the installation and use of pen registers and trap and trace

("PRTT") devices of PARKER's Instagram account (*See Case No. PR No. 23-pr-578*).  Pursuant to the above-mentioned Order, your affiant received returns of PARKER's Instagram PRTT from February 1, 2024 – February 9, 2024.

49.     The PRTT showed numerous Internet Protocol ("IP") Addresses associated with PARKER's     Instagram     PRTT.     In     particular,     the     IP     Addresses "2601:152:e80:7de0:40e4:671a:c56d:3a9c,"          "2601:152:e80:7de0:3427:4bee:e1db:fafd," "2601:152:e80:7de0:6008:5961:9f7:a939," and "2601:152:e80:7de0:a151:d6c8:cec5:a0cf" were frequently used by PARKER's Instagram account during overnight/early morning hours during the above-mentioned time frame.

50.     According to Comcast records, the subscriber information for all four of the above-mentioned IP addresses listed 5344 Ames Street, NE, Apt. 1, Washington, DC 20019 as the service and billing address and Alayshia Whitted as the subscriber.  According to the Comcast records, Alayshia Whitted disconnected her internet account located at 5344 Ames Street, NE, Apt. 1, Washington, DC 20019 on February 21, 2024, and has since established a current service address at the PREMISES.

51.     On March 21, 2024, the United States District Court for the District of Columbia issued a search warrant for prospective and historical location information for phone number 443-260-9165 ("PARKER's phone number") used by PARKER (*See Case No. 24-SC-608*). Following the issuance of this warrant, your affiant conducted surveillance using the location data associated with PARKER's phone number which showed him consistently in and/or around the PREMISES.

52.     Between March 21, 2024 and March 28, 2024, PARKER's phone number location data shows PARKER pinging within the radius of the PREMISES every day.  The pings

span all hours of the day.  Between March 21 and March 28, PARKER pinged there every day between 3:00 a.m. and 10:00 a.m.  For instance, on March 22, 2024, PARKER pinged there at 4:01 a.m. and another ping showed him also there at 6:31 a.m.

53.    On March 27, 2024, at approximately 1:45 p.m., your affiant observed a white two-door Honda Accord coupe bearing Maryland temporary tag T1734821 enter the rear parking lot of the PREMISES's building and proceed to park right in front of the rear door of the PREMISES's building.  Moments later, PARKER got out of the front passenger seat of the Honda Accord, while wearing a black puff jacket, black ski mask on top of his head, white t-shirt, gray pants, white socks, along with black, gray, and white Nike sneakers.  PARKER entered the rear door of the PREMISES's building by using a key fob, while holding a white plastic grocery bag.  At 1:52 p.m., shortly after your affiant observed PARKER enter the rear door of the PREMISES's building, the geo-locational data of PARKER's phone number indicated that PARKER was near the PREMISES.

54.    On March 28, 2024, at 4:24 p.m., your affiant observed PARKER exiting the front door of the PREMISES while wearing a ski mask on top of his head, black jacket, blue shirt, black pants, white socks, along with black Jordan "Bread 4" sneakers.  From previous electronic and physical surveillance of PARKER, your affiant knows PARKER to frequently wear a black ski mask on top of his head.  Your affiant also observed PARKER holding a black cell phone with a light blue phone case.  PARKER's location data indicated that he was in or around the PREMISES during the time your affiant observed PARKER exiting the residence.  Shortly after your affiant observed PARKER exiting the residence at 4:24 p.m., the locational ping of PARKER's phone number showed him away from the PREMISES at 4:35 p.m.

55.    PARKER deactivated his phone number on March 28, 2024 with the last

locational data from PARKER's phone number being at 4:35 p.m. on that same date.

56.    On March 29, 2024, at 8:02 a.m., your affiant observed PARKER returning to the PREMISES in which PARKER was observed utilizing a key to re-enter the PREMISES, while wearing the same clothing as previously observed by your affiant on March 28, 2024.  PARKER was holding a black and gray shoe box upon entering the PREMISES.  Another unidentified individual with dreadlocks wearing a black hooded sweatshirt and black pants was also observed entering the PREMISES with PARKER.

57.    On that same date, at approximately 3:09 p.m., your affiant observed PARKER exiting the PREMISES while wearing a black ski mask on top of his head, black jacket, black shirt, chain, grey ripped jeans, and Air Jordan 9 Retro "Powder Blue" sneakers.  Your affiant also observed an object consistent with the size and shape of a handgun handle protruding within the waistline of PARKER's jeans.  Your affiant observed PARKER conducting what appeared to be a "security check" of a handgun upon exiting the PREMISES.  In your affiant's training and experience, "security checks" are done by individuals to make sure a firearm is secure generally within the waistline and/or groin area. Your affiant also observed an unidentified black male wearing a dark colored beanie hat, black shirt, black jacket, black pants, and Air Jordan "Bread 4" sneakers, following behind PARKER upon exiting the PREMISES.

58.    On March 30, 2024, at 3:42 a.m., your affiant observed PARKER and the aforementioned unidentified black male returning to the PREMISES while wearing the same clothing as previously observed.  PARKER was holding a red cup in his left hand.  On that same date at 11:30 a.m., PARKER exited the PREMISES while wearing a black and grey sweater, black pants, white socks, along with black, gray, and white sneakers.  At 4:33 p.m. on that same date, PARKER returned to the PREMISES while wearing the same clothing as previously

observed and utilizing a key to get into the residence.  The previously mentioned unidentified black male followed behind PARKER upon entering the PREMISES while holding a black bag. Shortly after, at 4:37 p.m., PARKER exited the PREMISES with the aforementioned unidentified black male while both individuals were wearing the same clothing as previously observed.

59.     On March 31, 2024, your affiant observed PARKER returning to the PREMISES at 12:34 a.m. while using a key to get into the residence.  PARKER was wearing the same clothing as previously observed.   On that same date at 2:41 p.m., PARKER exited the PREMISES while wearing a black ski mask on top of his head, gray and black sweater, white t-shirt, black pants, white socks, and Nike Air Max CB '94 OG "Black Pure Purple" sneakers.  At 3:14 p.m., PARKER returned to the PREMISES while talking on the phone and wearing the same clothing as previously observed.  PARKER used a key to get into the residence.  Moments later, at 3:24 p.m., PARKER exited the PREMISES while wearing the same clothing and taking out a large trash bag.

### ***Background on Narcotics Trafficking***

60.     Through investigations and consultation with other law enforcement personnel, I have become familiar with the manner and methods by which narcotics traffickers conduct their drug trafficking operations, including the methods and techniques associated with the distribution of narcotics, the organization of drug conspiracies, and the unlawful possession and trafficking of narcotics and/or firearms.  Through my experience, I am also aware that narcotics traffickers possess firearms to assist them in the trafficking of narcotics.  Firearms are used by drug traffickers for protection and intimidation, and they are maintained in secure places, such as, residences, stash houses, and vehicles.  In addition, drug traffickers travel with their firearms

on their person or in vehicles when outside their residences.

61.     Based on my training, experience, and participation in firearms and narcotics investigations, and the training and experience of other law enforcement officers and agents with whom I am working on this investigation, I know that persons who illegally possess firearms and/or engage in narcotics trafficking usually keep narcotics, narcotics related items and paraphernalia, large amounts of currency, firearms, and firearm related items in their residences. Persons who illegally possess firearms and/or narcotics traffickers that use stash houses oftentimes still have contraband or evidence of those crimes within their residences.  In addition, in an enterprise involved in the distribution and possession with intent to distribute marijuana or pills, among other substances, these locations may also contain drug packaging and scales.

### *Background on DNA Evidence*

62.     Your affiant has learned that the Department of Forensic Science and/or members of law enforcement obtained DNA swabs from firearms and vehicles that are described above. Your affiant is aware that it is possible to compare, through scientific processes, DNA samples to assist in determining if a specific individual was in possession of certain objects.

63.     This physical evidence is currently stored in the District of Columbia and has been or will be sampled for potential DNA.  The government now seeks to obtain a buccal swab, i.e., a swab of the inner cheek containing saliva and cheek cells, from the subject to compare the subject's DNA to any interpretable/usable DNA profile found on this physical evidence.  A match between, inclusion of, or exclusion of the subject's DNA and DNA on the evidence would make a fact of consequence more or less probable.

64.     According to a January 11, 2019, statement from the DNA Technical Leader at the U.S. Department of Justice's Bureau of Alcohol, Tobacco, Firearm and Explosives Forensic

Science Laboratory, based on the current methods in use, at least one DNA profile suitable for comparison purposes is obtained from 70% of the firearms analyzed by that laboratory. These statistics incorporate results from samples from the firearm and magazine.

65.     Applying these standards, there is an evidentiary nexus between the recovered evidence, specifically the swabs taken from the referenced firearms and the suspect vehicle, and Dionzai PARKER.  Additionally, there is probable cause to collect the saliva sample containing DNA because there is a fair probability that the subject's DNA is evidence of the Subject Offenses.

### *Previous Search Warrant*

66.     On December 8, 2023, your affiant applied for a search warrant for PARKER's DNA and electronic devices, based on a substantially identical affidavit (23-sw-424) (additional information has been included here about the death of Brice Djembissi and the recovery of guns related to the shooting in a black Jeep Compass that was seen in surveillance video and during the arrest of Deangelo JOHNSON).  That warrant affidavit is incorporated herein by reference. The warrant was signed by a U.S. Magistrate Court Judge Robin M. Merriweather the same day.

67.     On December 22, 2023, the previous search warrant expired with law enforcement unable to locate and serve the warrant on PARKER.  Law enforcement, as described above, has now identified a location where PARKER is likely to be found on a regular basis.

### CONCLUSION

46.     There is probable cause to search PARKER for a saliva sample containing his DNA because there is a fair probability that his DNA is evidence of a crime.

47.     Based on the foregoing facts, your affiant believes there is probable cause to

believe that PARKER possessed one or more of the firearms, vehicles, or other evidence recovered and listed in the affidavit.

48.     Your affiant believes there is probable cause to obtain a buccal swab from PARKER, to compare the DNA collected from the firearms recovered to PARKER's DNA.

49.     I submit that this affidavit supports probable cause for a warrant to search the person of DIONZAI PARKER described in Attachment A to seize the items described in Attachment B.

Respectfully submitted,

Brian B. Charles
Special Agent
Drug Enforcement Administration

Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on April 3, 2024.

_____
HONORABLE G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE